FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 15 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )  CASE NO. 8:08CR239
                          )
            Plaintiff,    )
                          )  **ORDER FOR NONCUSTODIAL**
v.                        )  **TRANSPORTATION**
                          )
WENDY STUBBLEFIELD,       )
                          )
            Defendant.    )

THIS MATTER is before the Court on Defendant's Oral Motion for Noncustodial Transportation. Defendant is indigent and is in need of noncustodial transportation to return home after attending the initial hearing and arraignment in this matter. The Defendant needs to travel from Omaha, NE, to her home near Nashville, Tennessee. The Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1.      That Defendant's oral motion is granted; and

2.      That the U.S. Marshals shall provide Defendant noncustodial transportation & subsistence from Omaha, NE, to her home near Nashville, TN, as soon as practical by the U.S. Marshal Service.

DATED this _____ day of July, 2008.

BY THE COURT:

_____
HONORABLE F. A. GOSSETT
U. S. DISTRICT COURT MAGISTRATE JUDGE